# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICIA SHUFELT,

    Plaintiff,

  v.

JUST BRAKES CORPORATION,

    Defendant.

Case No. 2:16-cv-01028-GMN-CWH

**ORDER**

On January 25, 2017, this Court ordered (ECF No. 7) Plaintiff to complete proposed summons along with a completed USM-285 form to the Clerk within 30 days. The Court is currently in receipt of the proposed summons, but has not received a completed USM-285 form.

IT IS ORDERED that the Clerk shall send Plaintiff a blank USM-285 form along with a copy of this order. Upon receipt, Plaintiff must complete and sign the USM-285 form and return it to the Clerk within 30 days of the date of this order.

IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form from Plaintiff, the Clerk must deliver the summons (ECF No. 8) already issued, along with the USM-285, and a copy of this Court's order (ECF No. 7) to the U.S. Marshal for service on Just Brakes Corporation.

DATED: February 22, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1