TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA A. SHUFELT,<br><br>Plaintiff,<br><br>vs.<br><br>JUST BRAKES CORPORATION,<br><br>Defendant. | Case No: 2:16-cv-01028-GMN-CWH<br><br>**[PROPOSED] STIPULATION AND ORDER REQUESTING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

COMES NOW, Plaintiff PATRICIA A. SHUFELT (hereinafter "Shufelt") and Defendant JUST BRAKES CORPORATION (hereinafter "Just Brakes") by and through their respective attorneys of record, and do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF #11), and the time for Defendant's Reply to Plaintiff's response.

Accordingly, Plaintiff shall have up to and including May 3, 2017, to respond to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF #4) and Defendant shall have up to

///

///

///

///

///

including May 10, 2017, to file a Reply. The reason the extension is requested is the fact that Plaintiff's counsel was just retained to represent Plaintiff on April 19, 2017.

Dated: April 20, 2017                                      Dated: April 20, 2017

**HATFIELD & ASSOCIATES, LTD.**                            **LITTLER MENDELSON, P.C.**

    */s/ Trevor J. Hatfield*                                     */s/ Timothy W. Roehrs*
By:_____                       By:_____
Trevor J. Hatfield, Esq.                                   Roger L. Grandgenett II, Esq., Bar #6323
703 S. Eighth Street                                       Timothy W. Roehrs, Esq., Bar #9668
Las Vegas, NV 89101                                        3960 Howard Hughes Parkway, Ste. 300
Tel.: (702) 388-4469                                       Las Vegas, NV 89169-5937
Fax: (702) 386-9825                                        Tel.: (702) 862-8800
Email: thatfield@hatfieldlawassociates.com                 Fax: (702) 862-8811
*Attorneys for Plaintiff*                                  Email: rgrandgenett@littler.com
                                                           Email: troehrs@littler.com
                                                           *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this _21_ day of April, 2017.

_____
                   /JUDGE

Respectfully submitted:

Dated April 20, 2017
**HATFIELD & ASSOCIATES, LTD.**

    /s/ Trevor J. Hatfield
By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on the 20th day of April, 2017, I electronically filed the foregoing STIPULATION AND ORDER REQUESTING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 20th day of April, 2017.   By  */s/ Freda P. Brazier*
                                       An employee of Hatfield & Associates, Ltd.