# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| PATRICIA A SHUFELT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUST BRAKES CORPORATION,<br><br>　　　　Defendant. | 2:16-cv-01028-GMN-CWH<br><br>**ORDER** |

　　　Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED that the continued Early Neutral Evaluation scheduled for June 30, 2017 is rescheduled to 10:00 AM, July 7, 2017.

　　　DATED this 12th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE