ROGER L. GRANDGENETT II, ESQ., Bar # 6323
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
JBRE, LLC dba JUST BRAKES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. SHUFELT,<br><br>Plaintiff,<br><br>vs.<br><br>JUST BRAKES CORPORATION,<br><br>Defendant. | Case No. 2:16-cv-01028-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, PATRICIA A. SHUFELT and Defendant JBRE, LLC dba JUST BRAKES (incorrectly named in the Complaint as Just Brakes Corporation), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: August 31, 2017

Respectfully submitted,

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATED, LTD.

Attorney for Plaintiff
PATRICIA A. SHUFELT

Dated: August 31, 2017

Respectfully submitted,

/s/ *Timothy W. Roehrs*
ROGER L. GRANDGENETT II, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
JBRE, LLC dba JUST BRAKES

**ORDER**

**IT IS SO ORDERED.**

Dated this __6__ day of September, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT JUDGE

Firmwide:149804559.1 084372.1022

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.